No. 87–5419. KOSS v. SLATER, JUDGE. Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–6095. MARTINEZ v. COLORADO. Appeal from Sup. Ct. Colo. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–544. COOMBE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY v. ESCALERA. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Taylor* v. *Illinois, ante,* p. 400.

No. 87–5836. BIDDLE v. UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his brief filed January 11, 1988.

No. 86–492. BOYLE, PERSONAL REPRESENTATIVE OF THE HEIRS AND ESTATE OF BOYLE v. UNITED TECHNOLOGIES CORP. C. A. 4th Cir. [Certiorari granted, 479 U. S. 1029]; and

No. 86–5309. ROSS v. OKLAHOMA. Ct. Crim. App. Okla. [Certiorari granted, 482 U. S. 926.] Cases restored to calendar for reargument.

No. 86–684. CALIFORNIA v. GREENWOOD ET AL. Ct. App. Cal., 4th App. Dist. [Certiorari granted, 483 U. S. 1019.] Motion of respondent Billy Greenwood for leave to file a supplemental brief after argument granted. JUSTICE KENNEDY took no part in the consideration or decision of this motion.